Case 5:11-cv-00615-OLG-JES-XR   Document 27   Filed 07/26/11   Page 1 of 4

FILED
JUL 26 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR. AND GREGORY TAMEZ </br></br> Plaintiffs </br></br> v. </br></br> STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas </br></br> Defendants | CIVIL ACTION NO. </br> SA-11-CA-360-OLG-JES-XR </br> [Lead case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC) </br></br> Plaintiffs </br> -and- </br></br> THE HONORABLE HENRY CUELLAR, Member of Congress, CD 28; THE TEXAS DEMOCRATIC PARTY and BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC) and its individually named members </br></br> Plaintiff-Intervenors </br></br> v. </br></br> STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the | CIVIL ACTION NO. </br> SA-11-CA-361-OLG-JES-XR </br> [Consolidated case] |

| | |
|---|---|
| State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; )))))))<br><br>           Defendants           ) | |

| | |
|---|---|
| TEXAS LATINO REDISTRICTING TASK FORCE, JOEY CARDENAS, ALEX JIMENEZ, EMELDA MENENDEZ, TOMACITA OLIVARES, JOSE OLIVARES, ALEJANDRO ORTIZ, AND REBECCA ORTIZ )))))))))<br><br>           Plaintiffs           ))<br><br>v.                                          ))<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas )))<br><br>           Defendants           ) | CIVIL ACTION NO.<br>SA-11-CA-490-OLG-JES-XR<br>[Consolidated case] |

| | |
|---|---|
| MARGARITA V. QUESADA; ROMEO MUNOZ; MARC VEASEY; JANE HAMILTON; LYMAN KING; and JOHN JENKINS )))))))<br><br>           Plaintiffs           ))<br><br>v.                                          ))<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas; and HOPE ANDRADE, in her official capacity as Secretary of State for the State of Texas ))))))<br><br>           Defendants           ) | CIVIL ACTION NO.<br>SA-11-CA-592-OLG-JES-XR<br>[Consolidated case] |

2

| | |
|---|---|
| JOHN T. MORRIS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>STATE OF TEXAS; RICK PERRY, in his )<br>official capacity as Governor of the State )<br>of Texas; DAVID DEWHURST, in his )<br>official capacity as Lieutenant Governor of )<br>the State of Texas; JOE STRAUS, in his )<br>official capacity as Speaker of the Texas )<br>House of Representatives; and HOPE )<br>ANDRADE, in her official capacity as )<br>Secretary of State of the State of Texas )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>SA-11-CA-615-OLG-JES-XR<br>[Consolidated case] |

## CONSOLIDATION AND SCHEDULING ORDER

The case styled <u>Morris v. State of Texas</u>, et. al., Cause No. 11-CA-615, was transferred to the Western District, San Antonio Division, on July 21, 2011. The Court has reviewed the pleadings in the <u>Morris</u> case, and finds that the case involves the same questions of law and fact as those alleged in the other consolidated cases. Most of the named defendants are also the same. Consolidation of the cases would conserve judicial resources and serve the best interests of all parties and witnesses.

It is therefore ORDERED that the <u>Morris</u> case is CONSOLIDATED with the above-styled action for all purposes, pursuant to Fed.R.Civ.P. 42(a)(2). The case with the lowest case number (i.e., the first filed case) will continue to be the lead case, and all future pleadings, motions or other documents should be filed under that cause number.

Plaintiff John Morris must take immediate steps to ensure that he has access to the electronic filing system and provide the District Clerk with any and all contact information. He is also advised to communicate with liaison counsel, Jose Garza and/or Nina Perales, to determine what, if any, information or material may assist him in meeting the current scheduling order deadlines.

For the parties to the <u>Morris</u> claim *only*, the deadline for their Rule 26(f) conference will be **Friday, July 29, 2011**, and their deadline for initial disclosures <u>and</u> motions to amend or supplement pleadings or join additional parties shall be **Monday, August 1, 2011**. All other deadlines in the current scheduling order (Dkt. # 51, 66) shall govern.

IT IS SO ORDERED this 26th day of July, 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| Jerry E. Smith | | Xavier Rodriguez |
| United States Circuit Judge | -and- | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Western District of Texas |